UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 WILLIAM EATMON &
D-2 CHRISTOPHER BROWN,

Defendants.
_____/

Case: 2:26-cr-20070
Assigned To : DeClercq, Susan K.
Referral Judge: Grand, David R.
Assign. Date : 2/17/2026
Description: IND USA V SEALED (MRS)

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

# INDICTMENT

The Grand Jury charges that:

## Count One
### Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl
### 21 U.S.C. §§ 846 & 841(a)(1)

**D-1 WILLIAM EATMON**
**D-2 CHRISTOPHER BROWN**

From on or around June 17, 2024, and through on or around July 10, 2024, in the Eastern District of Michigan, the defendants, D-1 WILLIAM EATMON and D-2 CHRISTOPHER BROWN, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to

distribute and to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, D-1 WILLAM EATMON, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The defendant, D-1 WILLIAM EATMON, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, D-2 CHRISTOPHER BROWN, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 40 grams or more of a mixture and

substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The defendant, D-2 CHRISTOHPER BROWN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Two
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

**D-1 WILLIAM EATMON**

On or about June 17, 2024, in the Eastern District of Michigan, the defendant, D-1 WILLIAM EATMON, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

3

propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The defendant, D-1 WILLIAM EATMON, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Three
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

**D-1 WILLIAM EATMON**

On or about July 10, 2024, in the Eastern District of Michigan, the defendant, D-1 WILLIAM EATMON, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled

4

substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The defendant, D-1 WILLIAM EATMON, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Four
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

**D-1 WILLIAM EATMON**

On or about August 8, 2024, in the Eastern District of Michigan, the defendant, D-1WILLIAM EATMON, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

5

propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The defendant, D-1 WILLIAM EATMON, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Forfeiture Allegations

The allegations contained in Counts One through Four of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 & 841(a)(1), Defendants WILLIAM EATMON and CHRISTOPHER BROWN shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The United States also provides notice of its intent to seek a forfeiture money judgment.

If any of the property described above, due to any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

[Intentionally left blank.]

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson
Date:

JEROME F. GORGON, JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Garett Koger
Garett Koger
Assistant United States Attorney

Dated:

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:26-cr-20070<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Grand, David R.<br>Assign. Date : 2/17/2026<br>Description: IND USA V SEALED (MRS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete...

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: GK |

**Case Title:** USA v. William Eatmon, et. al.

**County where offense occurred :** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 17, 2026
         Date

Garett Koger, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:   313-226-2311
E-Mail address: Garett.Koger@usdoj.gov
Attorney Bar #: P82115

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.